```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
UNITED STATES OF AMERICA,

                                         18 Cr. 157 (DAB)
                                             ORDER
        v.

CINDY CARRILLO,

                  Defendant.
------------------------------------------X
DEBORAH A. BATTS, United States District Judge.
```

The Court is in receipt of Defendant's September 26, 2019 request that portions of her sentencing submission be filed under seal, and the Government's November 14, 2019 letter, submitted at the request of the Court, providing the Government's position on the appropriateness of Defendant's proposed redactions.

The Court agrees with the scope of the redactions proposed by the Government. The majority of Defendant's proposed redactions are appropriate. The proposed redactions of p. 4, ¶¶ 1-2 and p.7 ¶ 3 – p. 8, ¶ 1 are, however, improper, save for redactions of the first three words of the last sentence of p. 8, ¶ 1.

Defendant is instructed to refile her sentencing submission with redactions consistent with this Order.

SO ORDERED.

DATED: New York, NY
November 22, 2019

*Deborah A. Batts*
Deborah A. Batts
United States District Judge