UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES

vs.

CINDY CARRILLO

---

18 Cr. 157 ( DAB )

Order

To: U.S. Marshals Office

**It is hereby ordered :**

That the Defendant, CINDY CARRILLO , Reg # 76049-054

having been sentenced in the above case to a term of Time Served; The U.S. Marshals are to release the defendant unless any pending warrants, detainers or other issues are encountered.

_Deborah A. Batts_
United States District Judge

12/3/19
Date